UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL L. WALLACE, | : |
| Petitioner, | : |
| v. | : Civil Action No. 07-1536 (CKK) |
| ALBERTO GONZALES, *et al.*, | : |
| Respondents. | : |

## TRANSFER ORDER

This matter is before the Court on initial consideration of this petition for a writ of habeas corpus. Habeas corpus actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent to a habeas corpus action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988). Thus, "a district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will transfer this matter to the district in which petitioner currently is incarcerated.

Accordingly, it is hereby

ORDERED that this action is TRANSFERRED to the United States District Court for the Eastern District of Texas.

SO ORDERED.

Date: Sept. 17, 2007

United States District Judge