07-1536 CKK



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Tom Blanton   ☒ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Tom Blanton   12/28/07 |
| 1. Article Addressed to:<br>106 William M. Steger Federal Bldg and United States Courthouse<br>211 West Ferguson Street<br>Tyler, TX 75702<br><br>07cv1536 CKK | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>DEC 31 2007<br>Nancy Mayer Whittington, Clerk<br>US District Court, District of Columbia<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7002 0860 0000 7774 4396 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1035